# MARC ELEFANT, P.C.

ATTORNEYS AT LAW
1931 MOTT AVENUE — SUITE 417
FAR ROCKAWAY, NY 11691
TEL: (718) 471-2220
FAX: (718) 989-9293

*Writer's direct: (908) 601-6550*

October 2, 2014

<u>VIA ECF</u>
Hon. Lorna G. Schofield, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  ***Request for Adjournment of Initial Pre-trial Conference***
Opinion Corp. v. Roca Labs, Inc., et al.
<u>Case No.: 14-cv-6396 (LGS)</u>

Dear Judge Schofield:

Please accept this letter as a request for an adjournment of the Initial Pretrial Conference in this matter presently scheduled for October 8, 2014 at 10:30am.  This is the first scheduled date for the conference and counsel for Plaintiff consented to this office's request.  An Amended Complaint was filed in this action on September 29, 2014 naming an additional Defendant whom I do not believe has been served, nor has this office been retained to appear for this party.  Upon service, Defendant anticipates re-filing its Motion to Dismiss on behalf of both Defendants.

Counsel for both parties are available on October 15, 2014 or any date thereafter, with the exception of October 27th through 31st, and November 5th through November 13th, that the Court should schedule for the conference.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Shawn J. Wallach

Shawn J. Wallach

Cc:

<u>VIA ECF</u>
Goetz Fitzpatrick, LLP
One Penn Plaza
New York, NY 10119