Shawn J. Wallach (SW5611)
MARC ELEFANT, PC
*Attorneys for Defendant*
1931 Mott Ave., Suite 417
Far Rockaway, NY 11691
(718) 471-2220
wallachshawn@gmail.com


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| OPINION CORP. | NOTICE OF MOTION |
| Plaintiff, | |
| -vs.- | Docket No. 14 CV 6396 (LGS) |
| ROCA LABS, INC., & ROCA LABS NUTRACEUTICALS USA, INC. | |
| Defendants. | |

-------------------------------------------------------------------x


C O U N S E L:


  PLEASE TAKE NOTICE that upon the annexed affirmation of SHAWN J. WALLACH, and upon all the papers, pleadings and proceedings heretofore had herein, the undersigned will move this Court for an Order pursuant to FRCP 12 and 28 U.S.C. §1404(a), dismissing the amended complaint, together with such other, further or different relief as this Court deems just

and proper. A memorandum of law accompanies this submission.

Dated: Far Rockaway, NY
       October 15, 2014

                              Respectfully submitted,

                              **MARC ELEFANT, PC**
                              *Attorneys for Defendant*

By:   /s Shawn J. Wallach
         **Shawn J. Wallach (SW5611)**
         *Attorneys for Defendant*
         1931 Mott Ave., Suite 417
         Far Rockaway, NY 11691
         (718) 471-2220
         wallachshawn@gmail.com