

Joel G. MacMull
Ext. 339
jmacmull@goetzfitz.com

November 5, 2014

**VIA ECF**

Hon. Lorna G. Schofield, U.S.D.J.
United States Courthouse
40 Foley Square, Courtroom 1106
New York, NY 10007

      Re:      **Opinion Corp. et al. v. Roca Labs, Inc. et al.**
                  **Case No. 14-cv-6396 (LGS)**

Dear Judge Schofield:

      We represent plaintiff in the above-captioned matter. We write to the Court now with the consent of defendants in connection with the parties' recent initial case management conference on October 22, 2014 and the extension of time plaintiff sought and received in connection with responding to defendants' second motion to dismiss. (Dkt. No. 22.)

      It short, it appears that I provided the Court with incorrect dates in seeking the above-referenced extension on October 22nd. In explaining the reasons why an extension was being sought, namely, other work-related commitments including a trial and multi-day mediation (and without the benefit of my "smartphone" which had been checked with the U.S. Marshall's office), I inadvertently requested the date November 14, rather than November 21, 2014 as I had intended. Accordingly, plaintiff respectfully requests that its time to respond to defendants' most recent motion be further extended until **November 19, 2014**. Defendants' counsel has been gracious in agreeing to the few additional days plaintiff seeks now.

      In further compliance with Section I(B)(2) of Your Honor's Individual Rules and Procedures in Civil Cases, plaintiff further states as follows:

1. Plaintiff's response to defendants' second motion to dismiss (Dkt No. 18) is currently scheduled for November 14, 2014;

2. A prior request for an extension of plaintiff's date to respond was made and granted on October 22, 2014 (Dkt. No. 22);

3. All parties consent to the brief adjournment request above; and

4. The parties do not believe the adjournment requested above affects any other currently scheduled dates with the Court.

 **Goetz Fitzpatrick LLP**

Hon. Lorna G. Schofield
November 5, 2014
Page 2 of 2

We thank the Court in advance for its continued attention to this matter.

Respectfully submitted,
GOETZ FITZPATRICK

Joel G. MacMull

cc: All Counsel of Record (*via email only*)