# EXHIBIT 1

# CHILLING EFFECTS

🔍 Search all notices...　　　　　　　　　　　　　　　　　　　Go

Search　　　Topics　　　Report a Demand　　　Blog　　　About

**SENDER**

Roca Labs
[Private]
, , , US

Sent on October 29, 2014

**RECIPIENT**

Google
[Private]
Mountain View, CA, 94043, US

Received on October 29, 2014

## Re: Unknown

**SENT VIA: UNKNOWN**

**NOTICE TYPE:** Dmca

**ACTION TAKEN:**

## Copyright claim #1

| | |
|---|---|
| **KIND OF WORK:** | image |
| **DESCRIPTION:** | The thumbnail image of Roca Labs copyrighted website that can be seen at the URL below. This thumbnail also contains the image of Roca Lab's product that was photographed by Roca Labs and all copyrights are owned by Roca Labs (original studio image is not online). Furthermore, PissedConsumer.com directly uses the name Roca Labs which is a Registered trademarked property (US Registration No. 4145897). To be more specific,pissedconsumer.com uses our company name in the URL and pages. |
| **ORIGINAL URLS:** | 01. http://old.rocalabs.com/answers/ask-the-doctor/faq/what-is-gastric-bypass-no-surgery/ |

| ALLEGEDLY INFRINGING URLS: | |
|---|---|
| 01. | http://roca-labs.pissedconsumer.com/?order=top |
| 02. | http://roca-labs.pissedconsumer.com/product/roca-labs.htm |
| 03. | http://roca-labs.pissedconsumer.com/ |

## RELATED FAQS

What constitutes copyright infringement?

what is criminal prosecution?

What may be copyrighted?

What is the "first sale" doctrine?

What is the difference between plagiarism and copyright infringement?

What are statutory damages?

Where can I find the text of the U.S. Copyright Act?

What is penalty of perjury?

Are legal documents copyrightable?

What defenses are there to copyright infringement?

What are monetary damages?

What's wrong with removing a copyright notice?

What constitutes unlicensed copy and display of copyrighted material?

What is the Universal Copyright Convention (UCC)?

How does a Creative Commons license help?

## RELATED BLOG ENTRIES

Italian Parliament Publishes Draft Internet Bill Of Rights
Glyn Moody- TechDirt on October 21, 2014

Microsoft Takes Down A Bunch Of Non-Infringing YouTube Videos Over People Posting Product Keys In Comments
Mike Masnick on October 21, 2014

Jennifer Lawrence Gets Google to Censor Leaked Pictures, Sort Of
Ernesto - TorrentFreak on October 18, 2014

Obama: I want the FCC to ban paid Internet fast lanes
Jon Brodkin on October 10, 2014

Finland Wants to Kill Crowdsourced Copyright Law
andy on October 09, 2014

TOPICS

TAGS

DMCA Notices, Copyright

© 2014 ChillingEffects

License        Privacy        Disclaimer        Researchers        Sign In