UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ronald D. Coleman (RC 3875)
Joel G. MacMull (JM 8239)
Brian Farkas (BF 3418)
Goetz Fitzpatrick LLP
One Penn Plaza—31st Floor
New York, NY 10119
(212) 695-8100
rcoleman@goetzfitz.com
jmacmull@goetzfitz.com
*Attorneys for Plaintiff*
*Opinion Corp.*

| | |
|---|---|
| **OPINION CORP.**, <br><br> *Plaintiff,* <br><br> - vs. - <br><br> **ROCA LABS, INC.** and **ROCA LABS NUTRACEUTICALS USA, INC.** <br><br> *Defendants.* | CIVIL ACTION NO. <br><br> 14-cv-6396 (LGS) <br><br><br> **NOTICE OF APPEARANCE** |

The undersigned attorney, a member of the Bar of this Court, hereby enters his appearance in the referenced matter as counsel for Attorneys for Defendants Matthew Ferrante and Aurora Information Security & Risk, LLC.

GOETZ FITZPATRICK LLP

By: _____
Brian Farkas (BF 3418)
One Penn Plaza—31st Floor
New York, NY 10119
212-695-8100
bfarkas@goetzfitz.com
*Attorneys for Plaintiff*
*Opinion Corp.*

Dated: November 17, 2014