

Shawn Wallach <wallach.shawn@gmail.com>

## Fwd: [6-1262000005079] DMCA Notice Web Form Submission: Roca Labs

1 message

**Don J** <don@rocalabs.com>  Fri, Nov 21, 2014 at 5:43 PM
To: Shawn Wallach <wallach.shawn@gmail.com>

---------- Forwarded message ----------
From: <removals@google.com>
Date: Mon, Nov 17, 2014 at 7:05 PM
Subject: RE: [6-1262000005079] DMCA Notice Web Form Submission: Roca Labs
To: legal5@rocalabs.com


Hello,

Thanks for reaching out to us.

At this time, Google has decided not to take action on the following URLs:

http://roca-labs.pissedconsumer.com/?order=top
http://roca-labs.pissedconsumer.com/
http://roca-labs.pissedconsumer.com/product/roca-labs.htm

We encourage you to resolve any disputes directly with the owner of the website in question. Visit https://support.google.com/websearch/answer/9109?hl=en to learn how to contact a site's webmaster and request a change. If you pursue legal action against this site that results in the removal of the material, our search results will display this change after we next crawl the site. If the webmaster makes these changes and you need us to expedite the removal of the cached copy, please submit your request using our webpage removal request tool at http://www.google.com/webmasters/tools/removals

Regards,
The Google Team


--
login email: Legal5@rocalabs.com
is fast track user: No
has_uploaded_file: No
UI language: en
first name: Paul
last name: Berger
company name: Roca Labs
country or region: US
represented copyright holder: Roca Labs
user provided email: legal5@rocalabs.com
complaint type: DMCA
signature string: Paul Berger
signature date: 10/29/2014
========================================
group: 0
copyright work description:
The thumbnail image of Roca Labs copyrighted website that can be seen at the URL below. This thumbnail also contains the image of Roca Lab's product that was photographed by Roca Labs and all copyrights are owned by Roca Labs (original studio image is not online). Furthermore, PissedConsumer.com directly uses the name Roca Labs which is a Registered trademarked property (US Registration No. 4145897). To be more