**GOETZ FITZPATRICK LLP**
Attorneys at Law                          www.goetzfitz.com
One Penn Plaza, New York, NY 10119 | (T) 212-695-8100 | (F) 212-629-4013

Joel G. MacMull
Ext. 339
jmacmull@goetzfitz.com

January 21, 2015

**VIA ECF**

Hon. Lorna G. Schofield, U.S.D.J.
United States Courthouse
40 Foley Square, Courtroom 1106
New York, NY 10007

      Re:    **Opinion Corp. et al. v. Roca Labs, Inc. et al.**
              **Case No. 14-cv-6396 (LGS)**

Dear Judge Schofield:

      We represent plaintiff in the above-captioned matter. We write to the Court pursuant to its order dated January 16, 2015 (Dkt. No. 37), but which, inexplicably, this office did not receive notice of until January 20, 2015 at 1:38 p.m. (A copy of the Court's ECF notice delivered to plaintiff's counsel's email address on January 20, 2015 at 1:38 p.m. and containing the foregoing order is attached hereto as Exhibit 1.) The delay in receiving the Court's order notwithstanding, we do not believe it materially impacts plaintiff's ability to provide the Court with the information it seeks.

      Plaintiff is a New York corporation[1], with a principal place of business in New York, New York. (Dkt. No. 15, ¶ 1.) Attached hereto as Exhibit 2 is a printout from plaintiff's website which is the subject of this litigation, www.pissedconsumer.com, showing its corporate address located at 1732 1st Avenue #25581, New York, New York 10128.

                                       Respectfully submitted,
                                       GOETZ FITZPATRICK

                                         Joel G. MacMull

cc:    All Counsel of Record (*via ECF*)

---

[1] Regrettably, both the initial Complaint and Amended Complaint incorrectly state that plaintiff is a limited liability company. It is not.